1  David M. Arbogast (SBN 167571)
   David@SpiroMoss.com
2  Ira Spiro (SBN 67641)
   Ira@SpiroMoss.com
3  **SPIRO MOSS BARNESS LLP**
   11377 W. Olympic Boulevard, Fifth Floor
4  Los Angeles, CA 90064-1683
   Phone: (310) 235-2468; Fax: (310) 235-2456
5

6  Jonathan Shub (SBN 237708)            Paul R. Kiesel (SBN 119854)
   jshub@seegerweiss.com                  kiesel@kbla.com
   **SEEGER WEISS LLP**                   Michael C. Eyerly (SBN 178693)
7  1515 Market Street, Suite 1380         eyerly@kbla.com
   Philadelphia, PA 19107                 **KIESEL BOUCHER LARSON LLP**
8  Phone: (215) 564-2300; Fax (215) 851-8029   8648 Wilshire Boulevard
                                          Beverly Hills, California 90211
9  Jeffrey K. Berns (SBN 131351)          Phone: (310) 854-4444; Fax: (310) 854-0812
   jberns@jeffbernslaw.com
10 **LAW OFFICES OF JEFFREY K. BERNS**   **MARCUS J. JACKSON, ESQ.** (SBN 205792)
   19510 Ventura Boulevard, Suite 200     marcus@jacksonlitigation.com
11 Tarzana, California 91356              751 Center Dr., Suite 108-456
   Phone: (818) 961-2000; Fax: (818) 867-4820   San Marcos, CA 92069
12                                        Phone: (760) 291-1755; Fax: (760) 432-6109

   Attorneys for Plaintiffs and all others Similarly Situated
13

14                      **UNITED STATES DISTRICT COURT**

15                    **EASTERN DISTRICT OF CALIFORNIA - FRESNO**

16  GORDON C. BOWMAN, individually and on   ) **CASE NO. 1:08-cv-00119-AWI (DLB**x)
    behalf of all others similarly situated, )
17                                           ) *Assigned to the Honorable Anthony W. Ishii*
                      Plaintiff,             )
18                                           )
                                             )
19          v.                               ) **REQUEST AND ORDER TO FILE SECOND**
                                             ) **AMENDED COMPLAINT**
20  MORTGAGETREE LENDING, A                  )
    CALIFORNIA CORPORATION, W.J.             )
21  BRADLEY COMPANY MERCHANT                 )
    PARTNERS, LLC., and DOES 1 through 10    )
22  inclusive,                               )
                                             )
23                    Defendants.            )
                                             )
24                                           )
                                             )
25                                           )

26

27

28

REQUEST AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT - 1:08-cv-00119-AWI (DLBx)

1  WHEREFORE, Plaintiff original Complaint was filed on January 24, 2008.

2  WHEREFORE, Plaintiff filed a First Amended Complaint ("FAC") on January 28, 2008.

3  WHEREFORE, Plaintiff filed a substitution of attorneys on February 20, 2008.

4  WHEREFORE, Plaintiff's new counsel wishes to file a Second Amended Complaint ("SAC"), to include additional allegations and add Defendant W.J. Bradley Company Merchant Partners, LLC, who was named in the original complaint but mistakenly not included in Plaintiff's First Amended Complaint.

WHEREFORE, Defendants Mortgagetree Lending and W.J. Bradley Company Merchant Partners, LLC have not yet been served.

WHEREFORE, because the Defendants have not yet been served with either the original Complaint or the First Amended Complaint, no prejudice could possibly result from the filing of Plaintiff's Second Amended Complaint.

Based on the foregoing, Plaintiff respectfully requests leave to file his Second Amended Complaint, a copy of which is attached as Exhibit A.

Respectfully submitted,

DATED: February 21, 2008            **SPIRO MOSS BARNESS LLP**

By:  ___*/S/*___
David M. Arbogast, Esq.
11377 W. Olympic Boulevard, Fifth Floor
Los Angeles, CA 90064-1683
Phone: (310) 235-2468; Fax: (310) 235-2456

Attorneys for Plaintiff and all others Similarly Situated

**ORDER**

Plaintiff's request for leave to file his Second Amended Complaint is GRANTED.

IT IS SO ORDERED.

Dated:  **February 25, 2008**            ___/s/ **Dennis L. Beck**___
UNITED STATES MAGISTRATE JUDGE

-2-
REQUEST AND [PROPOSED] ORDER TO FILE AMENDED COMPLAINT - 1:08-cv-00119-AWI (DLBx)