**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GORDON C. BOWMAN, On Behalf of Himself and All Others Similarly Situated,<br><br>          Plaintiff,<br><br>v.<br><br>MORTGAGE TREE LENDING, et al.<br><br>          Defendants. | CASE NO.  1:08-cv-00119-AWI-DLB<br><br>Hon. Anthony W. Ishii<br><br>**ORDER TO SERVE THE CALIFORNIA SECRETARY OF STATE** |

   The Court having considered both the ex parte application of plaintiff for an order pursuant to Section 1702 of the California Corporations Code and the declaration in support thereof;

   The Court finds that process cannot be served in this state on the corporation named below with reasonable diligence.

/ / /

1  IT IS ORDERED that service of process on Mortgage Tree Lending, a California
2 corporation, be made by service on the Secretary of State, or assistant or deputy thereof,
3 pursuant to Section 1702 of the California Corporations Code.

5  IT IS SO ORDERED.
6  Dated:   **June 13, 2008**              **/s/ Dennis L. Beck**
                                            UNITED STATES MAGISTRATE JUDGE